Fill in this information to identify the case:

Debtor name: **D.M.G. SECURITY, INC.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **ADT Commercial** P.O.Box 219004 Kansas City, MO 64121 | | | | | | $0.00 |
| **Capitol One Auto** 955 Arthur Ave Elk Grove Village, IL 60007 | | **2019 Chevrolet Trax** | | | | $22,389.41 |
| **Chase Auto** P.O. Box 182055 Columbus, OH 43218 | | **2020 Chevrolet Trax** | | | | $25,518.76 |
| **Chicago Transit Authority** c/o Kent S. Ray 567 W. Lake Street Chicago, IL 60661 | | | | | | $0.00 |
| **Com Ed** P.O. Box 6111 Carol Stream, IL 60197 | | | | | | $349.68 |
| **Exeter** P.O. Box 1660087 Irving, TX 75016 | | **2019 Cevrolet Trax** | | | | $22,070.91 |
| **Illinois Department of Employment** 33 State Street 10th Floor Chicago, IL 60603 | | | | | | $35,009.00 |
| **Illinois Workers Compensation Comm** Syrall Thomas 69 W.Washington, Ste #900 Chicago, IL 60602 | | | | | | $21,705.04 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **D.M.G. SECURITY, INC.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Liberty Mutual Insruance** c/o WA Geroge Insuran e 155 N. Michigan Ave #300 Chicago, IL 60601 | | | | | | $1,804.00 |
| **Peoples Gas** P.O. Box 6050 Streamwood, IL 60107 | | | | | | $132.00 |
| **PNC Bank** P.O. Box 71335 Philadelphia, PA 19176 | | | | | | $5,102.00 |
| **Proven IT** 18450 Crossing Drive Tinley Park, IL 60487 | | | | | | $583.00 |
| **The Hartford** One Hartford Plaza Hartford, CT 06155 | | | | | | $703.00 |
| **United Capitol Funding** 146 2nd Street N Suite 200 Saint Petersburg, FL 33701 | | | | | | $190,000.00 |